UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                           Case No. 19-50928
                                                                 Chapter 13
Tommy Joe Rhodes and
Anne Rebecca Pierce-Rhodes,
                                                                 ***ORDER GRANTING RELIEF FROM STAY***
　　　　Debtors.

This case is before the court on the motion of Credit Acceptance Corp. for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> 2006 Saab 9-3 Convertible, VIN: YS3FD79Y766001368 and any insurance proceeds related thereto.

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *February 02, 2022*

/e/ William J. Fisher
_____
William J Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/02/2022*
Tricia Pepin, Clerk, by KN